**Order entered November 25, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01145-CV

### YYP GROUP, LTD. AND GEORGE KIMELDORF, Appellants

### V.

### AARON C. MCKNIGHT, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-02682-B**

## ORDER

At the request of court reporter LaToya Young-Martinez, we extended the deadline to file the reporter's record in this appeal to November 14, 2019. To date, however, the reporter's record has not been filed. Because this accelerated appeal cannot proceed without the record, we **ORDER** Ms. Young-Martinez to file the reporter's record no later than December 3, 2019. *We caution Ms. Young-Martinez that failure to comply may result in the Court taking any necessary steps to ensure the appeal proceeds in a timely fashion, including ordering she not sit until the reporter's record is filed.*

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Melissa Bellan, Presiding Judge of County Court at Law No. 2; Ms. Young-Martinez; and, the parties.

/s/     BILL WHITEHILL
        JUSTICE